United States Bankruptcy Court
Southern District of Georgia

Sea Island Acquisition, LLC,
    Plaintiff

Adv. Proc. No. 18-02012-EJC

Barnett,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113J-2      User: camerson      Page 1 of 1      Date Rcvd: Oct 26, 2018
                           Form ID: pdf004      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
dft          +Robert H. Barnett,    P.O. Box 19958,    Atlanta, GA 30325-0958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
        James B Durham    on behalf of Plaintiff    Rainbow Hammock, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    SIA Propco II, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    Sewers and Wells, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    SIA Propco I, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    Maintenance Facility, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    Sea Island Acquisition, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    SSI Parcel OS, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    SI Tract V, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    Laundry Services, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        James B Durham    on behalf of Plaintiff    SI Parcel OGC, LLC jdurham@hallboothsmith.com, kjoyner@hallboothsmith.com;sgilder@hallboothsmith.com
        Jeffrey R. Dutson    on behalf of Plaintiff    Sea Island Acquisition, LLC jdutson@kslaw.com
        Sarah R. Borders    on behalf of Plaintiff    Sea Island Acquisition, LLC sborders@kslaw.com
                                                                                                                          TOTAL: 12

**IT IS ORDERED as set forth below:**



Date: October 25, 2018

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **In re:**  **SEA ISLAND COMPANY et al.,**   Debtors. | **Chapter 11**  **Case No. 10-21034-EJC**  **Jointly Administered** |
| **SEA ISLAND ACQUISITION, LLC, et al.,**[1]   Plaintiffs,  **v.**  **ROBERT H. BARNETT, as Trustee of the SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST,**   Defendant. | Adversary Proceeding No.  **18-02012-EJC** |

### ORDER OF ADMISSION

---

[1] The plaintiffs in this adversary proceeding are: Sea Island Acquisition, LLC, Sewers and Wells, LLC, Maintenance Facility, LLC, Laundry Services, LLC, Rainbow Hammock, LLC, SIA Propco I, LLC, SIA Propco II, LLC, SI Tract V, LLC, SI Parcel OGC, LLC, and SSI Parcel OS, LLC.

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner Jeffrey R. Dutson's** request to appear *pro hac vice* in the United States Bankruptcy Court for the Southern District of Georgia in the subject case is **GRANTED**.

| | |
|---|---|
| NAME OF PETITIONER: | Jeffrey R. Dutson |
| | Georgia Bar No.: 637106 |
| | King & Spalding LLP |
| Business Address: | 1180 Peachtree Street |
| | Atlanta, GA 30309 |
| | Tel: (404) 572-2803 |
| | Email: JDutson@KSLaw.com |

**[END OF DOCUMENT]**