**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By cmm at 9:13 pm, Oct 30, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| In re:<br><br>SEA ISLAND COMPANY et al.,<br><br>Debtors. | **Chapter 11**<br>**Case No. 10-21034-EJC**<br>**Jointly Administered** |
| SEA ISLAND ACQUISITION, LLC, et al.,[1]<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT H. BARNETT, as Trustee of the SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST,<br><br>Defendant. | Adversary Proceeding<br><br>No. 18-02012-EJC |

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of the motion (the "Motion") of Sea Island Acquisition, LLC ("SIA") and the other plaintiffs in this adversary proceeding (together with SIA, the "Plaintiffs"), for the entry of an order (this "Order") for a preliminary injunction prohibiting Defendant Robert H. Barnett, as Trustee ("Defendant" or the "Trustee") of the Sea Island Company Creditors Liquidation Trust (the "Liquidating Trust"), from asserting ownership and control rights in and over the real property transferred in 2010 to SIA and its affiliates (collectively, "SIA Parties") pursuant to the Chapter 11 plan confirmed in these cases; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given; and

---

[1] The plaintiffs in this adversary proceeding are: Sea Island Acquisition, LLC, Sewers and Wells, LLC, Maintenance Facility, LLC, Laundry Services, LLC, Rainbow Hammock, LLC, SIA Propco I, LLC, SIA Propco II, LLC, SI Tract V, LLC, SI Parcel OGC, LLC, and SSI Parcel OS, LLC.

1

it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor as set forth in detail in the Motion; and the Court having found and concluded that: (1) Plaintiffs have a substantial likelihood of success on the merits with respect to the Complaint filed by Plaintiffs in this adversary proceeding; (2) irreparable injury will be suffered by the Plaintiffs unless the injunction set forth in this Order (the "Injunction") issues; (3) the threatened injury to the Plaintiffs outweighs whatever damage the Injunction may cause the Defendant; and (4) the Injunction will not be adverse to the public interest, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Defendant and any of its agents, attorneys or representatives are prohibited from asserting any ownership over, or otherwise interfering with Plaintiffs', or any of Plaintiffs' transferees', rights in, all real property interests held by the Debtors on December 14, 2010 (the "Real Property Interests") (including asserting that Plaintiffs must obtain the consent of Defendant as a condition to the transfer, assignment, conveyance or encumbrance of any Real Property Interests); provided, however, nothing herein shall prohibit the Defendant from: (a) asserting ownership rights with respect to: (i) the common areas in the subdivision in Glynn County, Georgia known as King's Point; and (ii) the reserved interests held by Debtor Sea Island Company on December 14, 2010, in approximately thirty-four large acreage tracts in Camden County, Georgia commonly known as Cabin Bluff Compartments; and (b) making statements in pleadings and arguments before the Court in this adversary proceeding or before the United States District Court for the Southern District of Georgia in Case No. 2:16-cv-00046-JRH-BKE.

2

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: October 30, 2018
Savannah, ~~Brunswick~~, Georgia

_____
UNITED STATES BANKRUPTCY JUDGE
Edward J. Coleman, III

3

18-02012-EJC
pg 4 of 4

Prepared and presented by:

/s/   James B. Durham
James B. Durham (Ga. Bar No. 235526)
HALL BOOTH SMITH, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Phone: (912) 554-0093
Fax:     (912) 554-1973
Email: jdurham@hallboothsmith.com

-and-

KING & SPALDING LLP

Sarah R. Borders (Ga. Bar No. 610649)
Jeffrey R. Dutson (Ga. Bar No. 637106)
Kevin J. O'Brien (Ga. Bar No. 714849)
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax:     (404) 572-5100
Email:  sborders@kslaw.com
            jdutson@kslaw.com
            kobrien@kslaw.com

*Attorneys for Plaintiff Sea Island Acquisition, LLC*

4