# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Sea Island Company, et al
Chapter 11  Case No. 10–21034–EJC
    *Debtor(s)*

Sea Island Acquisition, LLC
Sewers and Wells, LLC
Maintenance Facility, LLC
Laundry Services, LLC
Rainbow Hammock, LLC
SIA Propco I, LLC
SIA Propco II, LLC
SI Tract V, LLC
SI Parcel OGC, LLC
SSI Parcel OS, LLC
    *Plaintiff(s)*

vs.

Robert H. Barnett
as Trustee of the Sea Island Company Creditors
Liquidation Trust
    *Defendant(s)*

Adversary Proceeding
No. 18–02012–EJC

## NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING

*NOTICE IS HEREBY GIVEN THAT:* A Status Conference shall be held on:

**November 8, 2018 , at 10:00 AM**
**Bankruptcy Courtroom Rm 228, U.S. Courthouse, 125 Bull St., Savannah, GA 31401**

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated **November 5, 2018**

A–10[Rev. 05/12] **CMM**